**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUN 3 2005    ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHARLES A. URREGO,

              Plaintiff,

   -against-

UNITED STATES OF AMERICA,

              Defendant.
------------------------------------------------------------X
------------------------------------------------------------X

CHARLES A . URREGO,

              Plaintiff,

   -against-

JANET RENO, et al.,

              Defendants.
------------------------------------------------------------X

JUDGMENT
00-CV- 1203 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 27, 2005, granting defendant Wasserman's Rule 12(b)(6) motion to dismiss the Amended Complaint; and directing the Clerk of Court to enter judgment for the defendant in accordance with the Court's Memorandum and Order dated May 27, 2005; it is

JUDGMENT
00-CV- 1203 (CBA)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendant Wasserman's Rule 12(b)(6) motion to dismiss the Amended Complaint is granted; and that judgment is hereby entered for the defendant in accordance with the Court's Memorandum and Order dated May 27, 2005.


Dated: Brooklyn, New York
June 02, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court